CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
catherine@corfeestone.com
assistant@corfeestone.com

Attorney for Defendant
JOINTED CUE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON** | CASE NO. 2:18-cv-00936-WBS-EFB |
| Plaintiff, | **STIPULATION WITH [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| **JOINTED CUE, INC.** | Complaint Filed: 04/17/2018 |
| and Does 1-10 | Senior Judge: William B. Shubb |
| Defendant | |

## STIPULATION TO EXTEND TIME TO
## RESPOND TO INITIAL COMPLAINT

Plaintiff SCOTT JOHNSON ("Plaintiff"), and Defendant JOINTED CUE, INC.. (collectively "Defendant") jointly stipulate to extend the time for Defendants to respond to the initial complaint from 06-01-18 to 06-30-18. Counsel was retained by Defendant on 05-29-18 and needs time to review the case.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

Respectfully Submitted,

Dated: 06-01-18                Catherine M. Corfee


By: */s/Catherine M. Corfee*
    Attorney for Defendant

Dated: 06-01-18                CENTER FOR DISABILITY ACCESS

By: */s/Mary Melton*
    Mary Melton,
    Attorneys for Plaintiff

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: 06-01-2018                    By: /s/Catherine M. Corfee
                                         Attorney for Defendant

Case No. 18-00936-WBS-EFB                    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**

That the last day for the Defendant to file an Answer to the Complaint on June 1, 2018 is hereby modified so Defendant's counsel has time to review the case is hereby extended to no later than July 2, 2018. The Scheduling Conference is continued from June 18, 2018 to **August 13, 2018 at 1:30 p.m.** A Joint Status Report shall be filed no later than **July 30, 2018.** The last dates under General Order 56 for the parties' Meet and confer and Notice for Mediation shall be modified accordingly.

Dated: June 4, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE